```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 36772
   ERIC J MEETER
   ERIN B FENLON-MEETER                         CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4926     SSN XXX-XX-4360

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 09/12/2005 and was confirmed 11/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.51% from remaining funds.

     The case was paid in full 10/30/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED        6718.66          .00          773.32
AMERICAN EXPRESS TRAVEL    UNSECURED       16934.12          .00         1949.12
RESURGENT ACQUISITION LL   UNSECURED        9267.66          .00         1066.71
THEODORE TOERNE MD         UNSECURED       NOT FILED         .00             .00
JUNIPER BANK               UNSECURED            .00          .00             .00
MARSHALL FIELDS            UNSECURED       NOT FILED         .00             .00
PALOS BANK & TRUST         UNSECURED       NOT FILED         .00             .00
ROUNDUP FUNDING LLC        UNSECURED        1794.09          .00          206.50
CITIMORTGAGE               CURRENT MORTG       .00           .00             .00
FIFTH THIRD BANK           SECURED          6156.51       462.01         6156.51
FASHION BUG                UNSECURED       NOT FILED         .00             .00
ECAST SETTLEMENT CORP      UNSECURED         274.51          .00           31.60
ROUNDUP FUNDING LLC        UNSECURED        3013.40          .00          346.84
JOHN C DENT                DEBTOR ATTY     2,300.00                      2,300.00
TOM VAUGHN                 TRUSTEE                                         875.55
DEBTOR REFUND              REFUND                                          402.48

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  14,570.64

PRIORITY                                            .00
SECURED                                         6,156.51
    INTEREST                                      462.01
UNSECURED                                       4,374.09
ADMINISTRATIVE                                  2,300.00
TRUSTEE COMPENSATION                              875.55
DEBTOR REFUND                                     402.48
                         --------------       --------------
TOTALS                   14,570.64              14,570.64
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 36772 ERIC J MEETER & ERIN B FENLON-MEETER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE